ORIGINAL



FILED
AUG 10 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtor

                UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION

In Re:                          )  Chapter 13
                                )
HORACIO ARANGO ALCANTAR         )  Case No. 06-52431 CN
                                )
                                )  **NOTICE OF UNCLAIMED DIVIDEND**
                                )
           Debtor               )
                                )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473105 for an unclaimed dividend in the amount of $5.05. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    HORACIO ARANGO ALCANTAR
    923 CASANOVA AVE
    MONTEREY, CA  93940

Dated: August 04, 2010          _____
                                DEVIN DERHAM-BURK, TRUSTEE